3

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| MAINLINE SHIPPING COMPANY | ) | Case:2:22-mc-51625 |
| *Plaintiff* | ) | Judge: Berg, Terrence G. |
| v. | ) | MJ: Grey, Jonathan J.C. |
| MICHIGAN SALT PRODUCTS, LLC | ) | Filed: 10-26-2022 At 03:28 PM |
| *Defendant* | ) | CJ MAINLINE SHIPPING COMPANY V. MICHIGAN SALT PRODUCTS LLC (DA) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __10/14/2022__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __10/17/2022__

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAINLINE SHIPPING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHIGAN SALT PRODUCTS, LLC,<br><br>Defendant. | Civil Action No. 22-00517-RGA |

## JUDGMENT

JUDGMENT BY DEFAULT is entered for Plaintiff Mainline Shipping Company and against Defendant Michigan Salt Products, LLC, for damages in the amount of **$93,458.09**.

Pursuant to Fed. R. Civ. P. 62(a), execution on this final judgment shall not be stayed.

IT IS SO ORDERED.

Entered this 14th day of October, 2022.

/s/ Richard G. Andrews
United States District Judge

CERTIFIED: OCT 17 2022
AS A TRUE COPY:
ATTEST: OCT 17 2022
JOHN A. CERINO, CLERK
BY _____
Deputy Clerk

